**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

WENDELL A. SHIELDS                                                                    PLAINTIFF
ADC #550077

V.                                          NO: 2:10CV00118 JLH/HDY

P. WALTON *et al.*                                                                   DEFENDANTS

## ORDER

Plaintiff filed this complaint August 17, 2010, and service was ordered.  On September 9,

2010, the summons was returned unexecuted as to Defendant P. Walton (docket entry #5).  Service

for Walton  had been attempted in the care of the Arkansas Department of Correction ("ADC"), but

was returned because Walton is no longer employed at the ADC.  However, Walton's last known

address was provided and filed under seal.  Accordingly, service for Walton will be attempted at the

last known address.

IT IS THEREFORE ORDERED THAT:

1.      Defendant P. Walton's last known addresses shall not be made part of any public

record.

2.      The Clerk of the Court shall prepare a summons for P. Walton, and the United States

Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this

order, on P. Walton, at the addresses provided under seal, without prepayment of fees and costs or

security therefor.

3.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove P.

1

Walton's address prior to forwarding a copy to Plaintiff.

    DATED this __10__ day of September, 2010.

 

 

_____

UNITED STATES MAGISTRATE JUDGE