IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WENDELL A. SHIELDS                                                                                    PLAINTIFF
ADC #550077

v.                                         NO. 2:10CV00118 JLH

PATRICK WALTON, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Patrick Walton, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE